ACCEPTED
15-25-00055-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/1/2025 9:04 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/1/2025 9:04:18 AM
CHRISTOPHER A. PRINE
Clerk

No. 15-25-00055-CV

_____

**In the Court of Appeals for
the Fifteenth District at Austin, Texas**

_____

**Frisco Summit, LP et al.,**
*Appellants*,

**v.**

**Frisco Multifamily Land GP, LLC et al.,**
*Appellees.*

_____

On Appeal from the 493d District Court of Collin County, Texas,
Cause No. 493-01132-2023, the Honorable Ashley L. Boyd, Presiding

_____

**NOTICE OF APPEARANCE**

_____

TO THE HONORABLE COURT OF APPEALS:

PLEASE TAKE NOTE that, in accordance with Texas Rules of

Appellate Procedure 6.1 and 6.2, the following counsel from the law firm

of Gray Reed & McGraw LLP hereby enter their appearance as additional

counsel of record for Appellants:

Jim Moseley
State Bar No. 14569100
Email: jmoseley@grayreed.com

William N. Drabble
State Bar No. 24074154
Email:  wdrabble@grayreed.com

1

The address, telephone number, and facsimile number for Appellants' counsel are provided below.

Respectfully submitted,

**Gray Reed & McGraw LLP**

*/s/ William N. Drabble*
James A. Moseley
State Bar. No. 14569100
William N. Drabble
State Bar No. 24074154

1601 Elm Street, Suite 4600
Dallas Texas 75201
Telephone:(214) 954-4135
Facsimile: (214) 953-1335
Email: jmoseley@grayreed.com
Email: wdrabble@grayreed.com

*Attorneys for Appellants*

## CERTIFICATE OF SERVICE

I certify serving a true and correct copy of this Notice of Appearance in accordance with Texas Rule of Appellate Procedure 9.5 on the persons listed below on this first day of October, 2025:

Ryan D. Marrone
John D. Fraser
Luc J. Whyte
**Ferguson Braswell Fraser Kubasta, PC**
2500 Dallas Parkway, Suite 600
Dallas, Texas 75093
rmarrone@fbfk.law
jfraser@fbfk.law
lwhyte@fbfk.law

*Attorneys for Appellees*

Mitchell Madden
Melissa Johnson
**Holmgren Johnson: Mitchell Madden, L.L.P.**
12801 N. Cent. Expy., Ste. 140
Dallas, Texas 75243
mmadden@hjmmlegal.com
melissa@hjmmlegal.com

*Attorneys for Appellants*

*/s/ William N. Drabble*
William N. Drabble

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Christi Lillie on behalf of William Drabble
Bar No. 24074154
clillie@grayreed.com
Envelope ID: 106295758
Filing Code Description: Other Document
Filing Description: Notice of Appearance
Status as of 10/1/2025 9:13 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| tania flores | | tflores@hjmmlegal.com | 10/1/2025 9:04:18 AM | SENT |
| Mitchell Madden | | Mmadden@hjmmlegal.com | 10/1/2025 9:04:18 AM | SENT |
| Shawnte Kinney | | skinney@hjmmlegal.com | 10/1/2025 9:04:18 AM | SENT |
| Melissa Johnson | | Melissa@hjmmlegal.com | 10/1/2025 9:04:18 AM | SENT |
| Ryan D.Marrone | | rmarrone@fbfk.law | 10/1/2025 9:04:18 AM | SENT |
| John D.Fraser | | jfraser@fbfk.law | 10/1/2025 9:04:18 AM | SENT |
| Luc J.Whyte | | lwhyte@fbfk.law | 10/1/2025 9:04:18 AM | SENT |
| Jim Moseley | | jmoseley@grayreed.com | 10/1/2025 9:04:18 AM | SENT |
| William NDrabble | | wdrabble@grayreed.com | 10/1/2025 9:04:18 AM | SENT |
| Christi Lillie | | clillie@grayreed.com | 10/1/2025 9:04:18 AM | SENT |